UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CLEOPHAS JONES,** } | |
| Plaintiff, } | |
| v. } | Case No.: 2:16-cv-01651-RDP |
| **CONVERGENCE RECEIVABLES LC,** } | |
| Defendant. } | |

## ORDER OF DISMISSAL

In accordance with the parties' Joint Stipulation of Dismissal with Prejudice (Doc. # 27), filed February 6, 2018, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**.  The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this February 6, 2018.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE